# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NELSON HARRIS                                                                                           PLAINTIFF

v.                                           NO. 3:07CV00156 JLH

THE BILCO COMPANY                                                                              DEFENDANT

## ORDER

The joint motion to extend pretrial deadlines is GRANTED. Document #10. The discovery deadline is extended up to and including August 10, 2008. The deadline for filing motions, except motions in limine, is extended up to and including August 24, 2008.

IT IS SO ORDERED this 24th day of July, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE