## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NELSON HARRIS                                                                                           PLAINTIFF

v.                                              NO. 3:07CV00156 JLH

THE BILCO COMPANY                                                                                DEFENDANT

### ORDER

Without objection, the deadline for filing plaintiff's response to defendant's motion for summary judgment is hereby extended up to and including September 11, 2008.  Document #17.

IT IS SO ORDERED this 8th day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE