**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NELSON HARRIS                                                                                          PLAINTIFF

v.                                            NO. 3:07CV00156 JLH

BILCO COMPANY                                                                                       DEFENDANT

## ORDER

    Presently before the Court is the Joint Motion for Continuance of the trial date. Docket #22. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for September 22, 2008, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

    IT IS SO ORDERED this 12th day of September, 2008.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE