IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NELSON HARRIS                                                                                         PLAINTIFF

v.                                              NO. 3:07CV00156 JLH

THE BILCO COMPANY                                                                              DEFENDANT

## ORDER

The deadline for filing plaintiff's response to defendant's motion in limine is hereby extended up to and including February 3, 2009. Document #37.

IT IS SO ORDERED this 3rd day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE