**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NELSON HARRIS                                                                                                          PLAINTIFF

v.                                                    NO. 3:07CV00156 JLH

THE BILCO COMPANY                                                                                         DEFENDANT

## ORDER

For good cause shown, the joint motion to continue the trial is GRANTED.  Document #41. The trial of this case will begin sometime during the week of *MAY 4, 2009*, at the United States Courthouse in Jonesboro, Arkansas.  All deadlines have passed, so a new scheduling order will not be issued, except that the Court notes that it has not received proposed jury instructions and so directs the parties to comply with paragraph 8 of the current scheduling order on or before *APRIL 27, 2009.*

IT IS SO ORDERED this 4th day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE