# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | | |
|---|---|---|
| NELSON HARRIS | | PLAINTIFF |
| v. | NO. 3:07CV00156 JLH | |
| BILCO COMPANY | | DEFENDANT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| BETTY WATSON | | PLAINTIFF |
| v. | NO. 3:08CV00110 JLH | |
| J.C. PENNEY CORPORATION, INC. | | DEFENDANT |

## AMENDED ORDER

The trials in the above referenced cases have previously been scheduled for the week of May 4, 2009, in Jonesboro, Arkansas. The Court intends to try both cases within this week. The *Watson v. J.C. Penney Corporation, Inc.* jury will be selected first. Once the jury has been empaneled, the jurors and the parties will be excused and directed when to report back for the commencement of the trial.

The jury for *Harris v. Bilco Company* will then be selected from the remaining jurors left in the jury pool. After the jury has been empaneled and sworn, opening statements will be presented and plaintiff may begin with his proof.

Counsel for all parties are directed to be in Courtroom #324 in Jonesboro, Arkansas, by 8:30 a.m. on Monday, May 4, 2009.

IT IS SO ORDERED this 24th day of April, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE